STATE OF NEW JERSEY IN THE INTEREST OF K. S.,
A JUVENILE.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD F. JOHNSON.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. OWEN BERGEN.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BAKER.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN C. CHANEY.

July 21, 1980.

Petition for certification denied.